

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Aug 07 2023

ARTHUR JOHNSTON, CLERK

Civil No.: 2:23-cv-113-KS-MTP

Date: 8-5-2023

Joseph L Wormser -vs- M.S. County of Forrest.        Case #

On Grounds of civil action of dismissed of pending case.

I Joseph L Wormser am writting to the circuit courts of Hattiesburg M.S. in reguards of not going to court on pending charges in forrest county within the 30 day period. I was arrested on July 5th and I have been helded here in forrest county and have yett to reciev a bond or a court date on these pending charges in forrest county. By law and due process and my rights, where violated. This should have been and/or fedilal suit, with dismissed of pending case.

Sincerly Submitted

Joseph Wormser