# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOSEPH L. WORMSER**                                             **PETITIONER**

**VERSUS**                             **CIVIL ACTION NO. 2:23cv113-KS-MTP**

**FORREST COUNTY, MISSISSIPPI**                                   **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 27th day of November 2023.

                                                    /s/Keith Starrett
                                                    UNITED STATES DISTRICT JUDGE